UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ODEBRECHT S.A.,<br><br>Defendant. | No. 16-cr-643 (RJD)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that William A. Burck of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 777 6th St NW, Washington, DC, 20001, hereby appears on behalf of defendant Odebrecht S.A.

I hereby certify that I am admitted to practice in the Eastern District of New York.

Dated:  Washington, D.C.
        December 22, 2016

Respectfully Submitted,

/s/ William A. Burck
William A. Burck
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
Tel:  202-538-8000
Fax: 202-538-8100
williamburck@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2016, the foregoing document was filed with the Clerk of Court using the CM/ECF system, causing this document to be served simultaneously on all counsel of record.

/s/ William A. Burck
William A. Burck