UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ODEBRECHT S.A.,

Defendant.

No. 16-cr-643 (RJD)

**AFFIDAVIT OF RICHARD C. SMITH IN
SUPPORT OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

Richard C. Smith, being duly sworn, hereby deposes and says as follows:

1.  I am a member of the law firm Quinn Emanuel Urquhart & Sullivan, LLP.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.  As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Florida and the District of Columbia.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Wherefore your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Defendant Odebrecht S.A.

Dated:          December 20, 2016

Respectfully Submitted,

Richard C. Smith
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
Tel:  202-538-8000
Fax: 202-538-8100
richardsmith@quinnemanuel.com

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 20th day of December , 2016

Jessica Vooght, Notary Public, D.C.
My commission expires August 31, 2020.





## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO,* Clerk of the District of Columbia Court of Appeals, do hereby certify that

## RICHARD CRAIG SMITH

was on      *JUNE 12, 2006*      duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on DECEMBER 13, 2016 .*

*JULIO A. CASTILLO*
*Clerk of the Court*

By: _____
        *Deputy Clerk*

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### RICHARD CRAIG SMITH

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on October 26, 1988, is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this December 14, 2016.*

_____
*Clerk of the Supreme Court of Florida.*