UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ODEBRECHT S.A.,

    Defendant.

No. 16-cr-643 (RJD)

**AFFIDAVIT OF ERIC C. LYTTLE IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

---

Eric C. Lyttle, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm Quinn Emanuel Urquhart & Sullivan, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Defendant Odebrecht S.A.

Dated:     December 20, 2016

Respectfully Submitted,

_____
Eric C. Lyttle
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
Tel: 202-538-8000
Fax: 202-538-8100
ericlyttle@quinnemanuel.com

*[Notary stamp: DANIEL R KOFFMANN, Notary Public - State of New York, No. 02KO6333413, Qualified in Kings County, My Comm. Expires Nov. 23, 2019]*



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ERIC C. LYTTLE

was on AUGUST 11, 2003 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on DECEMBER 19, 2016.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk