

WMP/DK:JN/AS
F. #2016R00709

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ODEBRECHT S.A.,

           Defendant.

- - - - - - - - - - - - - - - - X

WAIVER OF INDICTMENT

Criminal Docket No. <u>16-643 (RJD)</u>

       ODEBRECHT S.A., the above-named defendant who is accused of knowingly and intentionally conspiring to commit offenses against the United States to violate the anti-bribery provisions of the Foreign Corrupt Practices Act, as amended, Title 15, United States Code, Sections 78dd-3, in violation of Title 18, United States Code, Section 371; being advised of the nature of the charges, the proposed information, and of its rights, hereby



waives in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                              ODEBRECHT S.A.
                              Defendant
                              Signed by: Adriano Chaves Jucá Rolim

                              William Burck, Esq.
                              Richard Smith, Esq.
                              Eric Lyttle, Esq.
                              Quinn Emanuel Urquhart & Sullivan, LLP
                              Counsel for Odebrecht S.A.

Dated:      December 21, 2016

Before:     _____
              THE HONORABLE RAYMOND J. DEARIE
              UNITED STATES DISTRICT JUDGE