

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES/CS:JN
F. #2012R01716

271 Cadman Plaza East
Brooklyn, New York 11201

January 29, 2020

<u>By ECF and Hand Delivery</u>

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Odebrecht S.A.
         Criminal Docket No. 16-643 (RJD)

Dear Judge Dearie:

The government and the defendant Odebrecht S.A. (the "Company" or "Odebrecht") respectfully submit this letter to advise the Court that the parties have agreed to voluntarily extend the term ("Term") of the obligations contained in the plea agreement entered into by Odebrecht on December 21, 2016 in the above-referenced matter (the "Plea Agreement). The parties have agreed to extend the Term of the Plea Agreement as to all of the obligations contained within the Plea Agreement, and have attached a letter dated January 17, 2020 (the "Extension Letter") which memorializes the parties' agreement.

As the Court is aware, on December 21, 2016, the parties entered into the Plea Agreement. The Term of the Plea Agreement is currently scheduled to expire on February 20, 2020. See ECF Dkt. No. 10. In the Plea Agreement, Odebrecht pleaded guilty to a criminal information charging a conspiracy to violate the Foreign Corrupt Practices Act ("FCPA"), in violation of 18 U.S.C. § 371.[1] The government also commenced a related criminal case, United States v. Braskem S.A., 16-CR-644 (RJD) against Braskem S.A., which was controlled by Odebrecht.[2]

---

[1] Odebrecht was sentenced by the Court on April 17, 2017.

[2] The related criminal case against Braskem is not impacted by, or subject to, the terms of the proposed voluntary extension of the Odebrecht Plea Agreement, other than to the extent that Odebrecht's obligations pursuant to the Plea Agreement relate to its subsidiaries and affiliates, including Braskem.

Under the Plea Agreement, Odebrecht agreed to, among other things, implement and maintain a compliance and ethics program and to retain an independent compliance monitor. The Plea Agreement provided that Odebrecht would be in breach of the Plea Agreement if it failed to fulfill the monitorship obligations or failed to implement and maintain a compliance and ethics program, among other commitments. The parties also agreed that in the event the government determined that Odebrecht had failed to perform or fulfill completely each of its obligations under the Plea Agreement, an extension of the Term could be imposed by the government, in its sole discretion, for up to one year.

In the Extension Letter, attached hereto, the government informed the Company that it has failed to fulfill its obligations under the Plea Agreement. Specifically, the government's determination was premised on: (1) Odebrecht's failure to fulfill the monitorship obligations, including failing to adopt and implement the agreed upon recommendations of the monitor and failing to allow the monitor to complete the monitorship; and (2) Odebrecht's failure to implement and maintain a compliance and ethics program designed to prevent and detect violations of the FCPA and other applicable anticorruption laws throughout its operations.

The Company has acknowledged its failure to fulfill its obligations under the Plea Agreement and has agreed to extend the Term of all the provisions and obligations of the Plea Agreement to November 16, 2020, which is an additional 270 days beyond the Term's original expiration date of February 20, 2020. This would provide the Company with additional time to fulfill its obligations under the Plea Agreement without prejudice to any other remedy the government may pursue, including breach and prosecution.

The parties are available to supply any additional information the Court may require.

Respectfully submitted,

| | |
|---|---|
| Odebrecht S.A.<br>Defendant | RICHARD P. DONOGHUE<br>United States Attorney |
| _____/s/_____<br>Rogério Bautista<br>General Counsel<br>Odebrecht S.A.<br>rogerio.bautista@odebrecht.com | _____/s/_____<br>Alixandra E. Smith<br>Julia Nestor<br>Assistant U.S. Attorneys<br>(718) 254-7000 |

ROBERT ZINK
Chief, Fraud Section
U.S. Dept. of Justice, Criminal Division

_____/s/_____
Christopher Cestaro, Deputy Chief
David Last, Principal Assistant Deputy Chief
Criminal Division, Fraud Section
U.S. Dept. of Justice
(202) 353-0726

cc:   Clerk of the Court (RJD) (by ECF)
      All Counsel of Record (by ECF)